COBB, Appellant, v. CRITTENDEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by William Cobb against William Crittenden.

PER CURIAM. Judgment modified, by deducting therefrom the amount awarded to the

defendant, $87.63, with interest thereon from July 2, 1903, and $30, with interest thereon from May 31, 1901, and, as so modified, affirmed, without costs of this appeal to either party. McLENNAN, P. J., not sitting.